

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00388-CV

| | | |
|---|---|---|
| SunTrust Bank | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2014-02417) |
| v. | § | February 1, 2018 |
| Mark A. Monroe | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant SunTrust Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth